

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-75,523-03

### IN RE JOEY SULA, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 48,258 IN THE 400TH DISTRICT COURT
### FROM FORT BEND COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed a motion for judgment *nunc pro tunc* on or about May 2, 2014, and after a hearing in December 2016, the trial court has not taken action on the motion. Relator presented his claim to the First Court of Appeals, but was denied relief. *In re Sula*, No. 01-17-00117-CR (Tex. App.—Houston [1st Dist.] Apr. 20, 2017) (not designated for publication). A trial court has a ministerial duty to rule "upon a motion that is properly and timely presented to it for a ruling." *State ex rel. Young v. Sixth Judicial Dist.*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007). Relator has alleged facts which, if true, could entitle him to mandamus relief.

In these circumstances, additional facts are needed. Respondent, the Judge of the 400th District Court of Fort Bend County, shall file a response addressing whether Relator has properly filed a motion for judgment *nunc pro tunc* in that court. If relator has filed such a motion, the respondent shall address whether the motion has been ruled upon and, if the motion has not been ruled upon, the respondent shall discuss the rationale for not taking action on the motion. Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted her response.

Filed: October 18, 2017
Do not publish